Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff, TIFFANY RADINSKY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

TIFFANY RADINSKY,

     Plaintiff,

vs.

CHEXSYSTEMS, INC

     Defendant.

Case No.: 2:11-cv-02392-CBM -JC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    The claims asserted by Plaintiff, TIFFANY RADINSKY, against Defendant, CHEXSYSTEMS, INC., in the above-captioned proceeding are hereby dismissed pursuant to FRCP 41(a)(1)(ii), with prejudice, each side shall bear its own attorneys fees and costs.

Dated: 10/13/2011         KROHN & MOSS LTD

                   /s/ Ryan Lee
                   Ryan Lee, Esq.
                   Attorney for Plaintiff,
                   TIFFANY RADINSKY

Dated: 10/13/2011         SIMMONDS & NARITA LLP

                   /s/ Jeffrey A. Topor
                   Jeffrey A. Topor, Esq.
                   Attorney for Defendant,
                   CHEXSYSTEMS, INC.

1