JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TIFFANY RADINSKY, <br><br> Plaintiff, <br> vs. <br> CHEXSYSTEMS, INC. <br><br> Defendant. | **Case No.: 2:11-cv-02392-CBM(JCX)** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 17, 2011

_____
United States District Judge